**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1903**

In Re:  ANIRUDH LAKHAN SUKHU,

                    Petitioner.

On Petition for Writ of Mandamus.
(1:08-cr-00557-WDQ-1; 1:15-cv-00720-WDQ;
1:15-cv-00730-WDQ; 1:15-cv-00732-WDQ)

Submitted:  December 17, 2015          Decided:  January 11, 2016

Before SHEDD, AGEE, and KEENAN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Anirudh Lakhan Sukhu, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anirudh Lakhan Sukhu petitions for a writ of mandamus seeking an order directing the district court to correct his sentence by removing a sentencing enhancement  We conclude that Sukhu is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances.  Kerr v. U.S. Dist. Court, 426 U.S. 394, 402 (1976); United States v. Moussaoui, 333 F.3d 509, 516-17 (4th Cir. 2003).  Mandamus relief is available only when there are no other means by which the relief sought could be granted, In re Beard, 811 F.2d 818, 826 (4th Cir. 1987), and should not be used as a substitute for appeal.  In re Lockheed Martin Corp., 503 F.3d 351, 353 (4th Cir. 2007).  Further, mandamus relief is available only when the petitioner has a clear right to the relief sought.  In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988).

The relief sought by Sukhu is not available by way of mandamus.  Accordingly, although we grant leave to proceed in forma pauperis, we deny the petition for writ of mandamus.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED

2